IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL JAMAHLE PIPES JR., et al., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 14 C 1013 |
| THOMAS DART, Sheriff, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Michael Jamahle Pipes Jr. ("Pipes") has utilized the printed form of 42 U.S.C. § 1983[1] Complaint made available by the Clerk's Office for use by persons in custody to sue Cook County Sheriff Thomas Dart and Cook County Department of Corrections ("County Jail") Officer R. Labreck for the asserted violation of Pipes' constitutional rights on December 23 last. Pipes has accompanied his Complaint with another Clerk's-Office-supplied form: an In Forma Pauperis Application ("Application").[2]

This Court has engaged in the screening called for by 28 U.S.C. 1915A(a), and it is obvious from Pipes' submission that he has fallen at the initial hurdle that Congress has erected as a precondition to any lawsuit of this type sought to be advanced under Section 1983 -- that is, that "such administrative remedies as are available are exhausted." There is no need to conduct a Pavey hearing on that score -- even though Pipes' Statement of Claim asserts "I was denied my right to press charges against Officer R. Labreck, for harrasement [sic] and excessive force," he

---

[1] All further references to Title 42's provisions will simply take the form "Section --," omitting the prefatory "42 U.S.C."

[2] Although the Application is flawed because of its noncompliance with the trust fund account requirement set out in 28 U.S.C. § 1915(a)(2), that deficiency need not be explored further in light of the conclusion reached in this memorandum order.

has said nothing to indicate his having pursued the matter through the end of the administrative process available at the County Jail.

Accordingly both the Complaint and this action are dismissed pursuant to 28 U.S.C. § 1915A(b). That renders the Application moot, and it is denied on that ground.

Milton I. Shadur
Senior United States District Judge

Date: February 14, 2014